IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOSEA THOMAS, | No C-02-2981 VRW |
|     Petitioner, | |
|     v | ORDER |
| ARTHUR LAMARQUE, | |
|     Respondent. | |

    Respondent Arthur Lamarque is directed, no later than Friday, October 21, 2005, to serve and file a sworn declaration by an individual with personal knowledge attesting to each of the facts set forth in respondent's Response to Petitioner's Motion to Reopen Time to File an Appeal.  Doc # 27.  The declaration shall attach each of the documents served on respondent by petitioner Kevin Hosea

\\

\\

Thomas in his petition for writ of mandamus in the Ninth Circuit Court of Appeals (05-74326) that are referred to in respondent's Response.

    IT IS SO ORDERED.

                                                                                      
**VAUGHN R WALKER**
**United States District Chief Judge**