```
 1
 2
 3
 4
 5
 6                      IN THE UNITED STATES DISTRICT COURT
 7
                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
 8
 9
    KEVIN H THOMAS,
10
              Petitioner,                      No C 02-2981 VRW
11
         v                                     ORDER
12
13
    ARTHUR LAMARQUE, Warden,
14
              Respondent.
15                                     /
16
17
18
19        Petitioner has filed a notice of appeal and request for
20   a certificate of appealability pursuant to 28 USC § 2253(c) and
21   Federal Rule of Appellate Procedure 22(b).  A certificate of
22   appealability is DENIED because petitioner has not made "a
23   substantial showing of the denial of a constitutional right."  28
24   USC §  2253(c)(2).  The court denied petitioner's motion to file
25   an untimely appeal.  Doc # 34.  Petitioner has not demonstrated
26   that "jurists of reason would find it debatable whether the
27   petition states a valid claim of the denial of a constitutional
28   right and that jurists of reason would find it debatable whether
```

the district court was correct in its procedural ruling." Slack v McDaniel, 529 US 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997).

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge